Date: 03/23/10  DIVIDENDS REMITTED TO THE COURT  149992  Page: 1

Case Number 07-15872 - MCCORMICK JR., WALTER D.

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| US Bank / Retail Payment Solutions? PO Box 5229 Cincinnati, OH 45201 | 000012 | 111 | 34.04 | 2.45 |
| ---------- Remittance Total --------------- | | | 34.04 | 2.45 |

*signature*
ALAN J. TREINISH, TRUSTEE